# EXHIBIT A

# EXHIBIT 7



**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

Telephone: (202) 880.0330

September 16, 2025

Jared Levine
Crowell & Moring LLP
jlevine@crowell.com

RE:   **DNN v. Baker, Docket No.: 25-cv-1613**

Good afternoon, counsel –

Given that Respondents-Defendants ("hereinafter "Defendants") are still working on supplementing the production of documents in light of the September 19, 2025 deadline (ECF No. 81), the below is Respondents-Defendants supplemental response to Petitioners-Plaintiffs' (hereinafter "Plaintiffs") Interrogatory follow-ups.

Under Federal Rules of Civil Procedure 26 and 33, Defendants, Nikita Baker, Field Office Director of the Immigration and Customs Enforcement Baltimore ("ICE") Field Office; Joseph C. Burki, Assistant Field Office Director of the ICE Baltimore Field Office; Kenneth Genalo, Executive Associate Director of the ICE Enforcement and Removal Operations; Monica Burke, Assistant Director of Custody Management in the ICE Removal Operations; Thomas Giles, ICE Interim Assistant Director of Custody Management in the ICE Enforcement and Removal Operations; Kristi Noem, Secretary of the Department of Homeland Security; Pamela Bondi, Attorney General of the United States, (hereinafter "Defendants"), by and through undersigned counsel, hereby provides supplemental responses to Petitioner-Plaintiffs' (hereinafter "Plaintiffs") First Set of

1

**Exhibit #**

**Guerrero 05**

12/04/2025 - JC


Interrogatories, which were electronically served upon counsel for Defendants on August 8, 2025.

Defendants object to these interrogatories to the extent that they purport to impose obligations other than those imposed by the Federal Rules of Civil Procedure or the Local Civil Rules of the U.S. District Court for the District of Maryland. Defendants preserve all objections as delineated in Defendants' Responses to Plaintiffs' First Set of Interrogatories as served to counsel for Plaintiffs on September 8, 2025.

Defendants have undertaken a reasonable inquiry and exercised due diligence to ascertain the information Plaintiffs seek. However, Defendants reserve the right to supplement these responses in accordance with Federal Rule of Civil Procedure 26(e).

**<u>SUPPLEMENTAL RESPONSE TO INTERROGATORY NOS. 1, 3, 4, 5, 6, 13, & 14:</u>**

With respect to Interrogatory Nos. 1, 3, 4, 5, 6, 13, & 14, Petitioners-Plaintiffs note that the existence of a governing written policy was not identified in Respondents-Defendants' interrogatory responses and ask Respondents-Defendants to confirm in writing that Respondents-Defendants do not have any responsive written policies.

The prefatory phrase in each of these questions is "Identify and describe your policies, practices, and procedures." Respondents-Defendants objected to this phraseology as overbroad and vague and made objections in their responses that Petitioners-Plaintiffs failed to specify whether they are seeking written policies, informal practices, or both; and did not further define the phrasing in the prefatory 'Definition Section.'"

Thus, Respondents-Defendants consider this query a request for information not specifically made in Petitioners-Plaintiffs' interrogatories. Without waiving any objections Defendants' preserved in their responses to Plaintiffs' First Set of Interrogatories, and in

2

the hopes that this matter may be resolved without the need for court intervention at this time, Defendants relate that the Baltimore Holding Rooms do not have any individualized written policies with respect to Interrogatories No. 1, 3, 4, 5, 6, 13, & 14. However, consistent with the directives provided in "Operations of ERO Holding Facilities," January 31, 2024, Policy No. 11087.2, ("ERO Holding Facility Policy") at 1.2, the Baltimore Holding Rooms employ the ERO Holding Facility Policy as applicable guidelines for conducting operations at the Baltimore Holding Rooms. The ERO Holding Facility Policy was noted in Defendants' Response to Production no. 1, and is available at *DNN v. Baker*, 25-cv-01613-JRR, ECF. No. 2-7.

**SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 2:**

For Interrogatory No. 2, Petitioners-Plaintiffs ask Respondents-Defendants to confirm in writing that they do not have anyone onsite who is licensed to provide any medical or mental health care services. Interrogatory No. 2 did not inquire about licensure. Thus, Defendants consider this query a request for information not specifically made in their interrogatories. Without waiving any objections Defendants' preserved in their responses to Plaintiffs' First Set of Interrogatories, and in the hopes that this matter may be resolved without the need for court intervention at this time, and assuming "licensed" means medically licensed doctors, psychiatrists, or health care providers, Defendants confirm the Baltimore Holding Rooms do not have anyone onsite who is licensed to provide any medical or mental health care services. However, as noted in Defendants' Interrogatory response Nos. 2 & 3, when a detainee presents with urgent need for medical attention or assistance, the ERO Holding Facility's procedure is to seek third-party medical intervention for the detainee. This can be accomplished by ICE personnel

3

transporting the detainee to the nearest hospital or medical facility, or by calling 911 to request an ambulance.

**SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 11:**

For Interrogatory No. 11, Petitioners-Plaintiffs relate that they are concerned about Respondents-Defendants' refusal to identify the dimensions of the holding rooms. In response to Petitioners-Plaintiffs' concern, Respondents-Defendants note that response to Interrogatory No. 11 did not "refuse" to identify the dimensions of the holding rooms. As Respondents-Defendants noted in their interrogatory response and in the parties' meet and confer on September 11, 2025, Respondents-Defendants expected to provide Petitioners-Plaintiffs this information imminently, which they do in this supplemental response, stating as follows: Male Hold Room #1 – 559 Square footage (rectangle); Female Hold Room #2 - 420 Square footage (rectangle); Male Hold Room #3 - 495 Square footage (square); ISO Hold Room #4 – 128 Square footage (square); ISO Hold Room #5 – 126 Square footage (square).

**SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 12:**

For Interrogatory No. 12, which requests information about tracking the length of time detained individuals are held in the Baltimore Hold Rooms, "including the Person(s) responsible for tracking this information," Plaintiffs request that Respondents-Defendants identify "which personnel" are responsible for doing the tracking and producing of any reports. In response to Petitioners-Plaintiffs' request, Respondents-Defendants relate that there is no specific person(s) or person(s) responsible for tracking this information, but the information is tracked by ICE officers and their supervisors.

4

Dated: September 16, 2025

Respectfully Submitted,

BRETT A. SCHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Acting Director

WILLIAM C. SILVIS
Assistant Director

CARA E. ALSTERBERG
Senior Litigation Counsel

*/s/ Brendan T. Moore*
BRENDAN T. MOORE
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Tel: (202) 880-0330

5

## VERIFICATION

I, Jose Guerrero, hereby declare that I am the Assistant Field Office Director at the Baltimore Field Office for Department of Homeland Security-Immigration and Customs Enforcement ("ICE"). I read Petitioner-Plaintiffs' First Set of Interrogatories; the answer to those interrogatories, and the supplemental answers to interrogatories nos. 1-6; and 11-14. Based on reasonable inquiry and information available to me in my official capacity, I declare under penalty of perjury under the laws of the United States of America that the information regarding ICE-Baltimore Holding Rooms contained in Defendants' supplemental responses to Plaintiffs' First Set of Interrogatories is true and correct to the best of my knowledge, information, and belief.

Dated: September 16, 2025

JOSE L GUERRERO JR
Digitally signed by JOSE L GUERRERO JR
Date: 2025.09.16 13:22:50 -04'00'

Jose Guerrero
Assistant Field Office Director
Baltimore Field Office