# EXHIBIT B

# EXHIBIT 1

*Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
31 Hopkins Plaza, Suite 700
Baltimore, MD 21201



**U.S. Immigration
and Customs
Enforcement**

February 9, 2025

MEMORANDUM FOR:     (b)(6),(b)(7)(C)
Unit Chief, Detention Oversight Unit
Oversight, Compliance and Acquisitions Division

THROUGH:            Nikita Baker
Deputy Field Office Director
Baltimore Field Office

FROM:               Francine Bowie
Acting Field Office Director     (b)(6),(b)(7)(C)
Baltimore Field Office

SUBJECT:            Request for Medical Staffing on Blue Floor / Hold Room Waiver

This memorandum serves to formally request the provision of medical personnel to assist in managing the increasing number of arrest cases presenting medical concerns.

The Baltimore Field Office is currently facing a distinctive challenge, as it lacks a detention facility and relies on other Areas of Responsibility (AORs) for available bed space. The office has been experiencing an average of ten or more arrests daily, with a maximum capacity to accommodate 56 individuals. At present, it takes two or more days to secure bed space approval from detention facilities, and there are limitations on transportation options to these facilities, resulting in extended wait times in the hold room until logistics can be arranged by the Detention Operations Coordination Center (DOCC).

As a 48-hour facility without on-site medical staff, it is imperative that individuals requiring medication or medical attention are transported to the University of Maryland Hospital. This situation is incurring significant costs to the government, as some noncitizens necessitate hospital visits twice daily. Each transport to the hospital requires the presence of two officers, which detracts from the operational capacity of Baltimore's field officers. Additionally, there are ongoing challenges with the University of Maryland Hospital, which has indicated the possibility of refusing service for cases deemed non-urgent. It has been observed that there are no additional hospitals that have been vetted within the Baltimore area, and the ICE Health Services Corps (IHSC) does not actively seek out a vendor.

2025-ICLI-00072    00095

REL0000204953.0001



*Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
31 Hopkins Plaza, Suite 700
Baltimore, MD 21201

U.S. Immigration
and Customs
Enforcement

Furthermore, the IHSC is not present on-site, and all communications with them are conducted via email or phone. The IHSC is limited to providing information regarding the noncitizens' medication needs, verifying which facilities can accommodate specific medical cases, and handling billing matters.

Therefore, Baltimore urgently requires assistance in administering medications, conducting vital checks, and assessing whether individuals need to be transported to the hospital. The absence of medical staff to provide this support could potentially lead to liability issues or, in the worst-case scenario, fatalities.

REL0000204953.0001