# EXHIBIT C

Office of Enforcement and Removal Operations
U.S. Department of Homeland Security
31 Hopkins Plaza, Suite 100
Baltimore, MD 21201



**U.S. Immigration and Customs Enforcement**

January 30, 2025

MEMORANDUM FOR:    Monica Burke
                   Assistant Director
                   Custody Management

THROUGH:           Francisco Madrigal
                   Deputy Assistant Director
                   Oversight, Compliance and Acquisitions Division

                   Craig S. Morse
                   Unit Chief
                   Oversight, Compliance and Acquisitions Division

FROM:              Nikita Baker,                NIKITA M      Digitally signed by NIKITA M BAKER
                   Deputy Field Office Director BAKER         Date: 2025.01.30 18:00:41 -05'00'
                   ERO Baltimore

SUBJECT:           ERO Baltimore Field Office Hold Room -Waiver Request

Purpose

The purpose of this memorandum is to request a waiver for the ERO Baltimore Field Office 12-hour hold room utilization time, as it relates to 11087.2: *Operations of ERO Holding Facilities (January 31, 2024), Section 5.1: Holding Facility Supervision and Monitoring – Procedures for ERO Officers,* which states the following: "Absent exceptional circumstances, no detainee should be housed in a holding facility for longer than 12 hours". The ERO Baltimore Field Office does not have any detention space within our area of responsibility (AOR). As a result, the Baltimore Field Office must request detention space nationwide to facilitate the transfer of aliens arrested by our law enforcement officers. This process has caused significant hold room times for the ERO Baltimore Field Office while awaiting transfer approval requests.

Background: On July 1, 2021, the Maryland Dignity Not Detention Act went into effect which prohibits state and local law enforcement from entering into agreements to detain aliens for federal civil immigration violations. Additionally, it prevents the sharing of personal information with federal immigration authorities without a judicial warrant. This law eliminated all detention space for the ERO Baltimore Field Office within the state of Maryland. On January 20, 2025, President Trump signed an Executive Order order declaring a national emergency for immigration. An increased nationwide operating posture has been implemented making detention space less readily available. This has significantly impacted the ERO Baltimore field office hold room times while pending approval and transfer of aliens for detention space.

Discussion: The ERO Baltimore Field Office would like to request an extension of 48 hours beyond the 12 hours for utilization of hold rooms to detain aliens pending transfer.

Recommendation: I recommend that you approve a waiver to policy 11087.2: *Operations of ERO Holding Facilities (January 31, 2024) Section 5.1: Holding Facility Supervision and Monitoring – Procedures for ERO Officers.*

Approve/date    MONICA S BURKE  Digitally signed by MONICA S BURKE
Date: 2025.02.05 09:59:08 -05'00'    Disapprove/date _____

Modify/date    _____    Needs more
discussion/date _____