# EXHIBIT E

# Attachment A

**Transcript of Video from the Baltimore Hold Room**

**Spanish Original:**

Unidentified Man 1: Miren cómo nos tienen aquí. Mire como la migración como nos tiene. Y gente que estamos legales, gente que nos estamos legales, gente que está perdiendo a su familia, nos están secuestrando, nos tiene en un depósito aquí en Baltimore, nos tiene en la 31 Hopkins...

Unidentified Man 2: No hay derechos aquí...

Unidentified Man 1: en Baltimore...

Unidentified Man 2: Esta golpeado ahí en la cara.

Unidentified Man 1: Lo golpearon, golpearon un señor,

Unidentified Man 2: [unintelligible].... medicina...esta golpeado..[unintelligible]

Unidentified Man 1: Ya no aguantamos, nos tiene aquí como más de 10 días, sin bañarnos y aguantando hambre


**English Translation:**

Unidentified Man 1: Look at how they have us here. Look at how immigration has us here. And the people we are legal, people that are legal, people that are losing their family, they are kidnapping us, they have us in a place here in Baltimore, they have us at 31 Hopkins...

Unidentified Man 2: There are no rights here...

Unidentified Man 1: in Baltimore...

Unidentified Man 2: He was beaten in the face.

Unidentified Man 1: They hit him, they hit an older man.

Unidentified Man 2: [unintelligible].... medicine... he's beaten...[unintelligible].

Unidentified Man 1: We can no longer take it, they have us here for like more than 10 days, we have not showered, and enduring hunger.

**Certificate of Translation**

I, **Jeremy McLane,** certify that I am fluent in both English and Spanish and capable to transcribe and translate the attached "Video from the Baltimore Hold Room." The transcription and translation were done to the best of my abilities, and I certify that it is true and accurate to the best of my knowledge.


**/s/ Jeremy McLane**                                                                **01/26/2026**
Jeremy McLane                                                                        Date


Address: 1025 Connecticut Ave NW, Suite 701, Washington, DC 20036

Phone: 202-998-3110

Email: jeremy.mclane@amicacenter.org