# EXHIBIT H

# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

## DECLARATION OF YAMILETH ARELY MARTIR DE MEDINA

I, Yamileth Arely Martir de Medina, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am Yamileth Arely Martir de Medina from El Salvador. I have been living in Maryland for the past six years.

2. Before my detention, I worked at a cleaning company that told me they would eventually help me with my immigration process.

3. I often get bad migraines, which seriously hurt my head, which requires me to take medicine in order for the pain to go away.

4. I entered the United States in 2019 and was detained for approximately 20 days. I was released and had to check in with ICE every year since then. This year, I was detained at my ICE check-in six years later.

5. ICE arrested me on August 14, 2025 at the Baltimore ICE Office. I was taken to the Baltimore ICE Field Office holding room, and processed for approximately a few hours. When ICE decided to detain me, they did not inform me of their decision or tell me where I would be held.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

6. I was detained in the holding room at the Baltimore ICE Field Office from August 14th, 2025, to August 17th, 2025, for approximately four days and three nights. The room I was in was very small in size and was completely made of cement.

7. The cell was incredibly cold and made of pure cement. It was severely crowded. There were no beds, we all slept on the floor and were given a thin small cushion to sleep on. It was horrible.

8. While in the holding cell, I got one of my terrible migraines. I repeatedly asked for pain medicine for my head and was told that the ICE officers did not have any. My friend in the cell with me was having such terrible head pain that she was sobbing for two days, and the ICE officers denied her as well.

I, Taylor Alicea Jorgensen, Amica Center for Immigrant Rights, affirm that Yamileth Arely Martir de Medina authorized me to submit this declaration on her behalf. Due to her detention, I have not been able to visit Ms. Martir de Medina in person to obtain her signature. I spoke with Ms. Martir de Medina on the phone, documented her statement, and drafted this declaration accordingly. On August 28, 2025, I read the declaration back to Ms. Martir de Medina to confirm its accuracy and Ms. Martir de Medina affirmed that it was accurate.

Executed this 28th day of August 2025, in Washington, DC.

/s/ Taylor Alicea Jorgensen
Taylor Alicea Jorgensen
Amica Center for Immigrant Rights