# EXHIBIT I

Case 1:25-cv-01024-RJR Document 27-12 Filed 03/20/25 Page 2 of 5

# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**<u>DECLARATION OF GUSTAVO ADOLFO GARCIA-VIGIL</u>**

I, Gustavo Adolfo Garcia-Vigil, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am Gustavo Adolfo Garcia-Vigil from Honduras. I have a wife and two children. My daughter is 13 years old and my son is 9 years old. We are all currently in asylum proceedings.

2. Before my detention, I worked as an electrical mechanic at A&F Auto Service. My responsibilities included servicing electrical systems on cars. My whole family depended on my salary from my job.

3. My current immigration status is a pending asylum application.

4. ICE arrested me on October 7, 2025 at the Baltimore ICE location during a scheduled appointment. I was taken to the Baltimore ICE Field Office holding room, then to a Newark ICE detention center, Louisiana ICE detention center, Arizona ICE Detention Center and finally to California City. In total, I was processed for approximately 16-17 days. When ICE decided to detain me, they did inform me of their decision but did not tell me where I would be held. I was given some documents during processing related to my detention.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

5. I was detained in the holding rooms at the Baltimore ICE Field Office from October 7, 2025 at 9:00 a.m. to October 12, 2025 at 6:00 a.m., for approximately five days. The room I was in was approximately 15'x15' in size. There were not showers, only a toilet that did not have any privacy as it was located in an open area in the holding room.

6. In the holding room, I was held with other men. We were approximately 28 men in the Baltimore holding room. I was also placed with individuals who had medical conditions. It was so crowded that I could barely move. On the second day of detention, we were given thin mattresses to sleep in but nothing on the first day. The mattresses were hard to sleep on.

7. There were no clean areas and many people suffered from discomfort as a result of having broken bones, suffering from diabetes, and high-blood pressure who were not given any medical attention. I was only able to take a shower on the seventh day of being detained after leaving Baltimore. If someone wanted to use the toilet, it was an open area and someone else had to shield the person using it to ensure a bit of privacy. We were only

allowed to make phone calls and each call cost $53, and we were told that we did not have access to visitation or lawyers.

8. I felt kidnapped as we were told that we were not allowed to have family visits or lawyer visitations or calls.

9. There were about six or seven people who needed medical attention due to broken limbs and some that showed signs of being beaten by ICE in the holding room and who were not given any medical attention or given the option to see a doctor or medical provider.

10. Due to my difficulty in speaking English, I was only given Spanish written materials to help with communication, but the ICE agents never offered to assist or communicated with anyone of us who were being held at the Baltimore Field Office holding room.

11. We requested many times to have the use of an adjacent toilet that was empty, as the toilet in the holding room was always occupied and there were two Hispanic officers – a Panamanian and a Puerto Rican who ignored and laughed at our requests to use the empty toilet.

12. While at the Baltimore ICE Field Office holding room, ICE did not facilitate my appearance at my removal or bond hearing.

13. I was transferred out from the Baltimore ICE Field Office at approximately 6:00 a.m. on October 12, 2025. I was not made aware of the upcoming transfer, nor was my legal counsel informed of the transfer and when it would take place. I also did not show up in the ICE locator system to see where I would be transferred, and my attorney had a difficult time locating me since that information was only listed in the system two days after I was transferred to California City Corrections.

Executed this 17th day of December 2025, in California City, California.

/s/ Gustavo Adolfo Garcia-Vigil
Name: Gustavo Adolfo Garcia-Vigil

I, Louis Suazo, of Crowell & Moring LLP, affirm that Gustavo Adolfo Garcia-Vigil, authorized me to sign this declaration on his behalf. Due to the urgency of the situation, I have not been able to visit Gustavo Adolfo Garcia-Vigil in person to obtain his signature. I spoke with Gustavo Adolfo Garcia-Vigil by phone, documented his statement, and drafted this declaration accordingly. At 12:49 p.m. CST on December 17, 2025, I read the declaration back to Gustavo Adolfo Garcia-Vigil word for word to confirm its accuracy, and Gustavo Adolfo Garcia-Vigil affirmed that it was accurate.
.

Executed this 17th day of December 2025, in Forney, Texas.

/s/ Louis Suazo
Louis Suazo
Crowell & Moring LLP