# EXHIBIT J

# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**DECLARATION OF ALEXANDER ANTONIO SALAZAR MONGE**

I, Alexander Antonio Salazer Monge, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

**My Background**

1. I am Alexander Antonio Salazar Monge from El Salvador. I came to the United States in about 2004. My wife and two children live with me in Maryland. Both of my children are U.S. citizens.

2. Before my detention, I worked as a day laborer in Maryland, and I financially supported my family.

3. I have leukemia and have been receiving treatment and medication for about five years.

4. I do not have permanent legal status in the United States. I am currently in removal proceedings and have a court hearing scheduled for next month.

5. ICE arrested me on November 15, 2025, in Baltimore, Maryland, while I was driving to work with three other men. I was taken to the Baltimore ICE Field Office holding room and processed. When ICE arrested me, they did not tell me why I was being arrested or ask if I had papers or status. They didn't ask me anything or give me any papers when I was arrested.

**Conditions at the Baltimore ICE Field Office Holding Rooms**

6. I was detained in the holding room at the Baltimore ICE Field Office from the morning of November 15, 2025, for approximately 10 days.

7. The room I was in was approximately 40 feet by 16 feet in size. In the holding room, I was held with the three other workers I was arrested with. They were transferred out after a few days, but I was there longer. There were between 15 and 40 men in the room I was in the entire time I was there. For a few days there were 40 people. It was very crowded. Most people were there for 4 or 5 days and I even saw one man who was there for 6 days while I was in the cell.

8. There are no showers in the Baltimore cells. They sometimes gave us tablets of toothpaste, but not every day. I asked for a toothbrush and was told to use my finger to clean my teeth. They gave me a little bar of soap on the second day I was held there, but it wasn't enough for all the time I was there, since I wanted to wash my hands and keep myself as clean as possible. On the first day, they don't give you anything at all and I had to ask for the soap

on the second day. Even so, it's hard to stay clean and you start to smell because there is not a way to clean yourself.

9. The toilet is in the corner of the cell with a little wall on the side, but you can see people use the toilet, it is not private. The ICE staff did not clean the toilet. No one came to clean it, so we asked for something to clean it because it was dirty. After we asked, ICE gave us spray and paper to clean the toilet. We also cleaned and swept the cell because no one came to clean it.

10. We got three meals a day and they seemed like meals for the army, in pouches. It was the same food every day, and it was always cold. It was always food like chicken and noodles and cookies.

11. ICE gave us some drinking water with meals, the little bottles of water, not the regular size. We got three of those little bottles every day, one for each meal. We asked for more water between food time, but the staff told us to wait for meals to have more water.

12. It was very cold in the cells all the time, maybe between 45 and 50 degrees. There were some jackets, but when we asked, the staff said there were not enough for everyone. I didn't get one for three days. Even with the jacket, it was cold.

13. At night we each got one of those thin foil blankets, but it wasn't enough to stay warm at night and it's also very loud when you move. The staff told us there were not enough mattresses for everyone. On the days they didn't have enough for every man in the room, they didn't give us any mattresses and we all slept on the floor. There were multiple nights I slept on the floor.

14. I have leukemia. I have had leukemia for about 5 years and was receiving treatment before I was arrested. I was getting treated at a hospital in Maryland and even had an appointment scheduled for the middle of December. Now I don't know how I will attend the appointment since I am detained. I take five pills in the morning and five pills in the evening for my leukemia. I have been taking these pills for about two years after the other ones I had stopped working for me.

15. When I was arrested and taken to Baltimore, ICE asked if I had a medical situation. I told them I have leukemia. They said okay and asked if someone could bring my pills to Baltimore for me. My friend brought my pills but couldn't come for about two days. For those first two days, ICE didn't take me to the doctor or give me any medicine.

16. When I was arrested, I was able to call my wife. Otherwise, there was one phone in the cell that we could use. When you call the first time, you have to make an account, and it charges you money to set it up and make calls. It charged me $50 to be able to set up my account and the people you want to call also have to make an account before you can talk to them. The calls are not private because everyone is in the cell listening.

17. In Baltimore, ICE told me I could call a lawyer, but they didn't have any information or phone numbers to call, so I was only able to contact a lawyer after I was transferred to Florida.

18. I was transferred from the Baltimore ICE Field Office to Krome on November 25, 2025. ICE told me I was going to Florida because they could give me pills here.

I, Amelia Dagen, Amica Center for Immigrant Rights, affirm that Alexander Antonio Salazer Monge authorized me to submit this declaration of his behalf. Due to his detention, I have not been able to visit Mr. Salazar Monge in person to obtain his signature. I spoke with Mr. Salazar Monge by video call, documented his statement, and drafted this declaration accordingly. At 2:35 pm on December 5, 2025, I read the declaration back to Mr. Salazar Monge to confirm its accuracy and Mr. Salazar Monge affirmed that it was accurate.

Executed this 5th day of December, 2025, in Washington, DC.

/s/ Amelia Dagen
Amelia Dagen
Amica Center for Immigrant Rights

I, [Name of Legal Representative], [Name of Organization or Law Firm], affirm that my client, [Name of Client], authorized me to sign this declaration on [his/her/their] behalf. Due to the urgency of the situation, I have not been able to visit [Name of Client] in person to obtain [his/her/their] signature. I spoke with [Name of Client] by phone, documented [his/her/their] statement, and drafted this declaration accordingly. At [time] on [date], I read the declaration back to [Name of Client] word for word to confirm its accuracy, and [Name of Client] affirmed that it was accurate.
.

Executed this [Nth] day of April, 2025, in Baltimore, Maryland.


_____
[Name of Legal Representative]
[Organization or Law Firm Name]