# EXHIBIT L

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **D.N.N**, *et al.*, | |
| *Plaintiffs*, | |
| v. | **Civil No.: 1:25-cv-01613-JRR** |
| **VERNON LIGGINS,** *et al.*, | |
| *Defendants*. | |

## <u>ORDER</u>

Pending before the court is Plaintiffs D.N.N. and V.R.G.'s Renewed Motion for Class Certification and Preliminary Injunction.[1] (ECF No. 127; the "Motion.") Following briefing by the parties, the court convened a hearing on the Motion on March 3, 2026. For the reasons set forth in the accompanying memorandum opinion, it is this 6th day of March 2026:

**ORDERED** that the Motion shall be, and is hereby, **GRANTED** to the extent it seeks class certification; specifically, the following class is **CERTIFIED** pursuant to Federal Rule of Civil Procedure 23(b)(2): All persons who are now, or will be, detained at the Baltimore Hold Rooms; and further it is

**ORDERED** that D.N.N. and V.R.G. are **DESIGNATED** class representatives; and further it is

**ORDERED** that the Amica Center for Immigrant Rights, the National Immigration Project, and Crowell & Moring LLP are **APPOINTED** as class counsel; and further it is

**ORDERED** that the Motion shall be, and is hereby, **GRANTED** to the extent it seeks a preliminary injunction as follows:

---

[1] The court uses the terms defined in its accompanying memorandum opinion.

1.      Defendants and their officers, agents, employees, contractors, and attorneys, and all persons in active concert or participation with any of the foregoing, are **ENJOINED AND RESTRAINED**, pending final determination of this action, from:

a. Detaining any person at the Baltimore Hold Rooms (hereinafter "Detained Individual") in any room, cell, or other space (collectively referred to as a "Hold Room") in a manner where:

   i. Each Detained Individual has personal space of less than 31 square feet (exclusive of floor area within eight feet from any toilet);

   ii. A Hold Room is not cleaned thoroughly at least once each day by ICE staff or ICE contracted employees; and

   iii. A Hold Room is not furnished with adequate supplies of hygiene products to give each Detained Individual adequate daily supplies of soap, towels, toilet paper, oral hygiene items (including toothbrushes and toothpaste), and feminine hygiene products (for female Detained Individuals), with Detained Individuals provided hygiene products to keep on their person; and

b. Detaining a Detained Individual at the Baltimore Hold Rooms without adequate medical care and screening.  Defendants shall:

   i. Ensure that a medical professional or specially trained detention officer conduct a basic medical screening on each Detained Individual within 12 hours of entry and prior to placing them in a Hold Room with other Detained Individuals. Screening shall be sufficient to identify and begin necessary treatment of those with mental or physical illness and/or injury; to provide access to prescription medication without interruption; to recognize,

      segregate, and treat those with communicable diseases; to provide medically necessary special diets; and to recognize and provide necessary services to Detained Individuals with physical disabilities;

   ii. Provide prompt access to over-the-counter pain medication upon request and, within 24 hours following intake, provide access to any prescription medications necessary to ensure continuity of treatment for Detained Individuals with a prescription for medication, and provide Detained Individuals the right to possess any personal inhaled medication on their person; and

   iii. Provide prompt access to emergency or hospital medical care as needed; and further

2. It is **ORDERED** that, within one hour following arrival of a Detained Individual to Baltimore Hold Rooms, Defendants must provide written notice in English and Spanish informing them of their right to the provisions and services noted herein. If a Detained Individual is illiterate or has limited English or Spanish proficiency, Defendants must provide in-person or telephonic interpretation, including for all ICE- and facility-related information; and further

3. It is **ORDERED** that, within 60 days of entry of this Order, Defendants shall adopt written procedures to ensure compliance with this order, and file a line with the court certifying same; and further

4. It is **ORDERED** that Defendants shall, within 72 hours of issuance of this order, transmit a copy of this order to all of Defendants' officers, employees, agents, and contractors

who have responsibilities related to the subject matters of this order, and shall file a line with the court certifying same; and further

5.     It is **ORDERED** that Defendants shall not retaliate against a Detained Individual for complaining about any alleged violation of this order; and further it is

**ORDERED** that Plaintiffs' Motion to Proceed Under Pseudonym (ECF No. 151) shall be, and is hereby, **GRANTED** as follows: Edward Doe may proceed by pseudonym and shall be identified in all public filings only as Edward Doe.

/S/ _____

Julie R. Rubin
United States District Judge