# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND,<br><br>     Plaintiff,<br><br>  v.<br><br>TODD M. LYONS, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN,[1] Secretary, U.S. Department of Homeland Security; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>     Defendants. | Civ. No. 1:26-cv-01024-JRR |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For reasons explained in greater detail in the accompanying memorandum of law, Plaintiff States move for summary judgment against all Defendants,

1. Declaring that Defendants' denial of Plaintiff's administrative subpoena and *Touhy* request was contrary to law and/or arbitrary and capricious under the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (D), or, in the alternative, that Defendants' response to Plaintiff's administrative subpoena and *Touhy* request has been unreasonably delayed, *id.* § 706(1);

2. Vacating Defendants' denial of Plaintiff's administrative subpoena and *Touhy* request; and

3. Ordering Defendants to produce the documents requested.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin is substituted for Kristi Noem as Secretary of Homeland Security.

Dated:  March 26, 2026

Respectfully submitted,

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

By: */s/ Keith M. Jamieson*
Keith M. Jamieson (D. Md. Bar No. 31543)
Yasmin Dagne (D. Md. Bar No. 32016)
Adam Kirschner (D. Md. Bar No. 31767)
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
kjamieson@oag.maryland.gov
(410) 576-6960

*Counsel for the State of Maryland*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 26, 2026, I electronically filed the foregoing document and its attachments via CM/ECF and thereby served all parties who have appeared through counsel on the Court's electronic docket.

Respectfully submitted,

By: <u>/s/ *Keith M. Jamieson*</u>
Keith M. Jamieson (D. Md. Bar No. 31543)
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
kjamieson@oag.maryland.gov
(410) 576-6960

*Counsel for the State of Maryland*