**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>    Plaintiff,<br><br>        v.<br><br>TODD M. LYONS, *ET AL*.,<br><br>    Defendants. | Civil Action No. 1:26-cv-01024-JRR |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendants Todd M. Lyons, Acting Director, United States Immigration and Customs Enforcement ("ICE"), Markwayne Mullin,  Secretary, United States Department of Homeland Security ("DHS"), by its counsel, Kelly O. Hayes, United States Attorney for the District of Maryland, and S. Nicole Nardone, Assistant United States Attorney for that district, hereby file the attached Administrative Record relating to the Plaintiff's Complaint in this matter (ECF No. 1).

As set forth in the attached Certification of Rachel Knight, counsel for ICE,[1] these records represent a true and correct copy of the Agency's official record of the matter at issue in this action.[2]

---

[1]    Attached as **Exhibit A** is a Certification from Rachel Smith regarding the records attached at **Exhibit A**, Parts 1-5.

[2]    The redacted Administrative Record is attached to **Exhibit A**, **Parts 1-5.** The Record has been redacted and broken into parts not exceeding 30 mb in order to comply with the Federal and Local Rules, and Local efiling guidance.

Respectfully submitted,

KELLY O. HAYES
United States Attorney


 /s/ S. Nicole Nardone
S. Nicole Nardone
Assistant United States Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
410-209-4882
Nicole.Nardone@usdoj.gov


## CERTIFICATE OF SERVICE

I certify that on this date I caused a copy of the Notice of Filing of Administrative Record to be served it on all counsel of record who have entered an appearance in this matter through filing the same with this Court through PACER/ECF.


 /s/ S. Nicole Nardone
S. Nicole nardone
Assistant United States Attorney

2