**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

STATE OF MARYLAND,

     Plaintiff,

  v.

TODD M. LYONS, *ET AL.*,

     Defendants.

Case No. 1:26-cv-01024-JRR

### *ADMINISTRATIVE RECORD INDEX*

| Part | Document | Date | Page(s) |
|---|---|---|---|
| 1 | *Touhy* Demand from Office of the Attorney General ("OAG") Administrative Subpoena from the Civil Rights Division of the Attorney General of Maryland (A.R.00001 – A.R.00017) | January 30, 2026 | 17 |
| 2 | Email thread regarding ICE request for extension (A.R.00018 – A.R.00020) | February 12, 2026 | 3 |
| 3 | ICE *Touhy* Response (A.R.00021 – A.R.00026) | February 25, 2026 | 6 |
| 4 | State of Maryland OAG email response to ICE *Touhy* Response (A.R.00027 – A.R.00056) | February 27, 2026 | 30 |
| 5 | Email thread regarding ICE request for extension (A.R.00057 – A.R.00064) | March 6, 2026 | 8 |