**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, | |
| Plaintiff, | |
| v. | Civ. No. 1:26-cv-01024-JRR |
| DAVID VENTURELLA, *et al.*, | |
| Defendants. | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY

Plaintiff State of Maryland, by and through undersigned counsel, seeks leave pursuant to Local Rule 105.2(a) to file a two-and-a-half-page surreply in opposition to Defendants' motion to dismiss or, in the alternative, cross-motion for summary judgment.

On June 16, Defendants filed a reply in support of their motion to dismiss or, in the alternative, cross-motion for summary judgment, and in opposition to Plaintiff's motion for summary judgment. *See* Defs.' Reply, ECF 21. In that reply, Defendants—for the first time in this litigation—contend that the State's administrative subpoena to the federal government purportedly violates the Supremacy Clause of the United States Constitution. *See id.* at 12–14.

Because Defendants raise this new argument for the first time on reply, the State seeks leave to file a brief surreply. Courts in this District routinely grant leave to file a surreply to permit a party to address new arguments introduced in a reply brief. *See Boland v. Amazon.com Sales, Inc.*, 628 F. Supp. 3d 595, 599 (D. Md. 2022) (noting courts typically exercise their discretion to grant leave to file surreplies "in the interest of fairness to permit parties to respond to new matters raised for the first time in the opposing parties' reply briefs"); *Coryn Grp. II, LLC v. O.C. Seacrets, Inc.*, 868 F. Supp. 2d 468, 496 (D. Md. 2012) ("Leave to file a surreply may be granted when the

movant otherwise would be unable to contest matters presented for the first time in the opposing party's reply.").  Here, a surreply is appropriate because Defendants "ha[ve] raised this issue for the first time in [their] Reply brief, such that, absent filing a Surreply, Plaintiff would be unable to contest the new matter presented to the Court in [Defendants'] Reply brief."  *Demendoza v. Burlington Coat Factory Warehouse Corp.*, No. CV ADC-22-2726, 2024 WL 249393, at *2 (D. Md. Jan. 23, 2024).  The State therefore respectfully requests that this Court grant its motion for leave to file a surreply.

Dated:  June 18, 2026

Respectfully submitted,

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

By: */s/ Keith M. Jamieson*
Keith M. Jamieson (D. Md. Bar No. 31543)
Yasmin Dagne (D. Md. Bar No. 32016)
Adam Kirschner (D. Md. Bar No. 31767)
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
kjamieson@oag.maryland.gov
(410) 576-6960

2

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 18, 2026, I electronically filed the foregoing document and its attachments via CM/ECF and thereby served all parties who have appeared through counsel on the Court's electronic docket.

Respectfully submitted,

By: */s/ Keith M. Jamieson*
Keith M. Jamieson (D. Md. Bar No. 31543)
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
kjamieson@oag.maryland.gov
(410) 576-6960

*Counsel for the State of Maryland*

3