**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **STATE OF MARYLAND,** | |
| ***Plaintiff*,** | |
| **v.** | **Civil No.: 1:26-cv-01024-JRR** |
| **DAVID VENTURELLA,**[1] ***et al.*,** | |
| ***Defendants*.** | |

**ORDER**

Pending before the court is the State of Maryland's Motion for Summary Judgment (ECF No. 6; the "State's Motion") and Defendants' Motion to Dismiss or, in the Alternative, Cross Motion for Summary Judgment (ECF No. 16; "Defendants' Motion"). The court has reviewed all papers; no hearing is necessary. Local Rule 105.6 (D. Md. 2025). For the reasons set forth in the accompanying memorandum opinion, it is this 15th day of October 2026:

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 16) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the Complaint (ECF No. 1) shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE**; and further it is

**ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 6) shall be, and is hereby, **DENIED as moot**.

Madam Clerk shall close this case.

/S/
Julie R. Rubin
United States District Judge

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Madam Clerk shall substitute the following Defendants: David Venturella for Todd Lyons, Senior Official Performing the Duties of the Director, Immigration and Customs Enforcement; and Markwayne Mullin for Kristi Noem, Secretary, U.S. Department of Homeland Security.